IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALID ABDULLAH MUHAMMAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2553 |
| | : | |
| **JAMES ARMFIELD, AL MILES,** | : | |
| **WILBUR JONES, JAMES CLARK,** | : | |
| **BARRY MOORE, DENNY GREEN** | : | |

### ORDER

AND NOW, this 22nd day of November 2024, upon independent consideration of the petition for writ of habeas corpus (DI 2), after review of Judge Carlos's Report and Recommendation (DI 9), petitioner's objections (DI 10-19), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 9) is **APPROVED** and **ADOPTED**.

2. We **OVERRULE** the petitioner's objections (DI 10-19).

3. The motion for leave to proceed *in forma pauperis* and the supplemental motion (DI 1, 21) are **DENIED** as moot.

4. The petition for writ of habeas corpus (DI 2) is **DENIED** and **DISMISSED** with prejudice.

5. There is no basis to issue a certificate of appealability.

6. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**